UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Po Marner,                                                        Civ. No. 16-3628 (PAM/BRT)

               Petitioner,

v.                                                                                **ORDER**

Loretta Lynch; Jeh Johnson,
Secretary of the Department
of Homeland Security; Jason
Sieving, U.S. Ice Field Office,
Warden of Immigration Detention
Facility; and Sarah Saldana, Director,
U.S. Immigration and Custom
Enforcement,

               Respondents.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Becky R. Thorson dated December 29, 2016. (Docket No. 16.) The R&R recommends dismissing this matter as moot, because Petitioner has been released from the detention he challenges here.

The Court must conduct a de novo review of all portions of an R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); D. Minn. L. R. 72.2(b). Petitioner has failed file any objections in the time period permitted. Thus, the Court **ADOPTS** the R&R (Docket No. 16).

Accordingly, **IT IS HEREBY ORDERED that** this action is **DISMISSED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: January 19, 2017

                                              *s/ Paul A. Magnuson*
                                              Paul A. Magnuson
                                              United States District Court Judge